FREED *v.* BALDI ET AL.

No. 652. Decided January 13, 1969.

*George Louis Creamer* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

BENNETT ET AL. *v.* COTTINGHAM ET AL.

No. 665. Decided January 13, 1969.

*Jack Greenberg, Michael Meltsner, Melvyn Zarr, Oscar W. Adams, Jr.,* and *Anthony G. Amsterdam* for appellants.

*MacDonald Gallion,* Attorney General of Alabama, *pro se,* and *Robert P. Bradley,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

THE CHIEF JUSTICE, MR. JUSTICE HARLAN, and MR. JUSTICE BRENNAN are of the opinion that probable jurisdiction should be noted.